**STATE of Missouri, Respondent,**

v.

**James JAMERSON, Appellant.**

**No. ED 77512.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 16, 2001.

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., CRANDALL, and JAMES R. DOWD, JJ.

### *ORDER*

PER CURIAM.

On January 6, 2000, James Jamerson was convicted of felony stealing, § 570.030, RSMo 1994, for the theft of a van from Behlman Used Cars. Jamerson was found to be a prior offender and he received a sentence of seven years imprisonment. He appeals.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. The judgment is affirmed in accordance with Rule 30.25(b).